NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERD TOPSNIK,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2016-2405

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00275-EDK, Judge Elaine Kaplan.

---

**JUDGMENT**

---

CHARLES H. MAGNUSON, Law Offices of Charles Magnuson, Los Angeles, CA, argued for plaintiff-appellant.

ANTHONY T. SHEEHAN, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by RICHARD FARBER, CAROLINE D. CIRAOLO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


May 5, 2017                     /s/ Peter R. Marksteiner
    Date                          Peter R. Marksteiner
                                  Clerk of Court